ST. LOUIS, S. F. & T. RY. CO. v. BROWNE GRAIN CO. (Court of Civil Appeals of Texas. Dallas. April 20, 1912. Rehearing Denied May 18, 1912.) Appeal from Collin County Court; H. L. Davis, Judge. Action by the Browne Grain Company against the St. Louis, San Francisco & Texas Railway Company. From a judgment for plaintiff, defendant appeals. Reformed and rendered. Andrews, Ball & Streetman, and J. L. Lockett, Jr., all of Ft. Worth, for appellant. Sam Neathery, of McKinney, for appellee.

RAINEY, C. J. This is a suit by appellee against appellant to recover for overcharges on a shipment of oats from Gunter, Tex., on appellant's line over the Texas & Pacific Railway to Nagatoches, La. There were two issues in the case—one as to the quantity of oats shipped and the other as to the correct rate of freight. The court found that the correct quantity of oats was 62,668 pounds on which freight charges should have been collected at the rate of 20 cents per hundred pounds; while the appellant contends that freight should have been collected on 72,000 pounds at the rate of 27½ cents. We find that the conclusions of the court as to the quantity of the shipment was correct—that is, that there · was 62,668 pounds of oats in the shipment—but ,we conclude that the court was in error in finding the rate was 20 cents per hundred pounds, instead of 27½ cents, as shown by tariff filed by the Interstate Commerce Commission No. 23K, supplement No. 45, p. 21, item 1749. We are of the opinion that there was an overcharge of $25.68 on said shipment, instead of $73.37, as found by the lower court, and the judgment therefore will be reformed and here rendered for appellee for $25.68, appellee to be taxed with the costs of this court.

ARGENTA v. FULK. (Supreme Court of Arkansas. March 13, 1911.) Appeal from Circuit Court, Pulaski County, Second Division; F. Guy Fulk, Judge.

PER CURIAM. Judgment entered pursuant to stipulations.